UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALADAR O. KOVACS, | : |
| Plaintiff(s), | : Civil No. 12-2101(JAP) |
| | : |
| v. | : Order for Dismissal |
| | : Pursuant to F.R. Civ. P.4(m) |
| UNITED STATES OF AMERICA, | : |
| Defendant(s), | : |

It appearing that the above captioned action having been pending for more than 120 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed,

It is on this 5th day of October, 2012,

O R D E R E D  that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs **and all pending motions are dismissed as moot.**

**S/Joel A. Pisano**
**Joel A. Pisano, U.S.D.J.**